■  CITY-WIDE KNITWEAR PROCESSING CO., INC. et al., Plaintiffs, v. SAFECO INSURANCE COMPANY OF AMERICA et al., Appellants, and ITM, LTD., Respondent, et al., Defendants.— Order of the Supreme Court, Queens County, dated January 7, 1974, affirmed, with $20 costs and disbursements, on the opinion of Mr. Justice Buschmann. Hopkins, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.